FILE COPY

No. 07-14-00416-CV

| | | |
|---|---|---|
| In the Interest of G.S. and A.S., Children | § | From the County Court at Law No. 3 of Lubbock County |
| | § | |
| | | January 27, 2015 |
| | § | |
| | | Opinion by Justice Hancock |
| | § | |

# <u>J U D G M E N T</u>

Pursuant to the opinion of the Court dated January 27, 2015, it is ordered, adjudged and decreed that this appeal be dismissed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o